In re  **Magar Edward Magar**            Case No.   **15-41415**
                                                   (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Primary Residence<br>14102 NE 40th St Vancouver, WA 98682 | Fee simple | - | $212,752.00 | $187,841.00 |
| Residence<br>1015 NW 16th Ave. Portland. OR 97209 | Fee simple | - | $566,860.00 | $36,521.94 |
| Business (Slabtown Bar & Restaurant)<br>1033 NW 16th Ave. Portland. OR 97209.  Slabtown Bar. Pending sale of 2.1 million includes the vacant lot at 1039 NW 16th and the house at 1015 NW 16th Street. | Fee simple | - | $1,344,310.00 | $47,173.50 |
| Vacant Lot<br>1033-1039 NW 16th Ave Portland. OR 97209 | Fee simple | - | $268,680.00 | $10,766.10 |
| Riverwood Mobile Home Park<br>Riverwood MHP 73900 Columbia River Hwy Rainier, OR 97048 | Fee simple | - | $1,242,000.00 | $48,957.56 |
| Syringa Mobile Home Park<br>Syringa MHP<br>4600 Robinson Park Road<br>Moscow ID 83843 | Fee simple | - | $1,003,650.00 | $690,619.29 |
| Loney Mobile Home Park<br>Loney MHP<br>713 Brent Drive Moscow. ID 83843 | Fee simple | - | $343,500.00 | $149,848.92 |
| | | Total: | **$4,981,752.00** | |

(Report also on Summary of Schedules)

In re **Magar Edward Magar**                                   Case No. **15-41415**

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | - | $0.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Accounts<br>xxx7098  $.17<br>xxx0612  $31.34<br>xxx2627  $631.34<br>xxx4613  $3121.91<br>xxx1876  $3600.37 | - | $7,385.13 |
| | | Wells Fargo Checking Accounts<br>xxx8665 $1558.95<br>xxx3574 $1169.88<br>Wells Fargo Savings Account<br>xxx3407 $3.00 | - | $2,731.83 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Various household goods. No single item valued over $600.00 | - | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Used clothing | - | $200.00 |
| 7. Furs and jewelry. | | 2 watches | - | $60.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

In re  **Magar Edward Magar**                                    Case No.  **15-41415** _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Banner Life Insurance Policy. No Cash Value. | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Unpaid rents (Accounts receivable) | - | $14,600.00 |

In re  **Magar Edward Magar**                                   Case No.   **15-41415** _____
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re **Magar Edward Magar**                                                   Case No.  **15-41415**
                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Hyundai Tuscon | - | $17,063.00 |
| | | 2008 Hyundai Sonata. Front end body damage; deemed totaled by insurance. Scrap metal value. | - | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Various used office equipment, No single item valued over $600.00:<br>Acer Aspire Computer<br>Acer Computer<br>Brother MFC Printer/Fax<br>Canon Printer/Fax<br>HP Color Printer<br>Brother Color Printer<br>Metal Filing Cabinet (5)<br>Sentry Safe<br>Folding Table (4)<br>Fellowes Binder<br>Amazon Shredder<br>Desk Chair<br>Chairs (18)<br>Table (6) | - | $1,195.00 |

In re  **Magar Edward Magar**                                    Case No.    **15-41415**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Various used machinery:<br>Kubota Tractor w/back hoe and front loader $25,000<br>6 Trailers $24,000<br>Submersible pumps $2800<br>Trash pump $300<br>Chainsaw $149<br>Drill $38<br>Generator $450<br>Riding Mower $322<br>Push Mower $72<br>Weed Whacker $42<br>Shovel (2) $20<br>  $20 | - | $53,193.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached          **Total >** | **$98,927.96**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Magar Edward Magar**                          Case No.  **15-41415** _____

                                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☑ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Primary Residence 14102 NE 40th St Vancouver, WA 98682 | 11 U.S.C. § 522(d)(1): Debtor's aggregate interest in real or personal property that the debtor or a dependent of the debtor uses as a residence; or in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence; or in a burial lot for the debtor or a dependent of the debtor. | $22,975.00 | $212,752.00 |
| Cash on hand | 11 U.S.C. § 522(d)(5): Any property (Wild Card). | $0.00 | $0.00 |
| Bank of America Checking Accounts xxx7098 $.17 xxx0612 $31.34 xxx2627 $631.34 xxx4613 $3121.91 xxx1876 $3600.37 | 11 U.S.C. § 522(d)(5): Any property (Wild Card). | $1,225.00 | $7,385.13 |
| Wells Fargo Checking Accounts xxx8665 $1558.95 xxx3574 $1169.88 Wells Fargo Savings Account xxx3407 $3.00 | 11 U.S.C. § 522(d)(5): Any property (Wild Card). | $0.00 | $2,731.83 |
| Various household goods. No single item valued over $600.00 | 11 U.S.C. § 522(d)(3): Household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical | $2,000.00 | $2,000.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$26,200.00** | **$224,868.96** |

In re **Magar Edward Magar**      Case No.   **15-41415** _____

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | instruments held primarily for the personal, family, or household use of the debtor or a dependent of the debtor. | | |
| Used clothing | 11 U.S.C. § 522(d)(3):  Household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments held primarily for the personal, family, or household use of the debtor or a dependent of the debtor. | $200.00 | $200.00 |
| 2 watches | 11 U.S.C. § 522(d)(4):  Jewelry held primarily for personal, family, or household use of the debtor or a dependent of the debtor. | $60.00 | $60.00 |
| Banner Life Insurance Policy. No Cash Value. | 11 U.S.C. § 522(d)(7):  Unmatured life insurance contracts owned by debtor, except credit life insurance contracts. | $0.00 | $0.00 |
| Unpaid rents (Accounts receivable) | 11 U.S.C. § 522(d)(5):  Any property (Wild Card). | $0.00 | $14,600.00 |
| 2013 Hyundai Tuscon | 11 U.S.C. § 522(d)(2):  One motor vehicle. | $3,675.00 | $17,063.00 |
| | 11 U.S.C. § 522(d)(5):  Any property (Wild Card). | $0.00 | |
| 2008 Hyundai Sonata. Front end body damage; deemed totaled by insurance. Scrap metal value. | 11 U.S.C. § 522(d)(2):  One motor vehicle. | $0.00 | $500.00 |
| | 11 U.S.C. § 522(d)(5):  Any property (Wild Card). | $0.00 | |
| | | **$30,135.00** | **$257,291.96** |

In re  **Magar Edward Magar**                                   Case No.   **15-41415** _____

                                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Various used office equipment, No single item valued over $600.00:<br>Acer Aspire Computer<br>Acer Computer<br>Brother MFC Printer/Fax<br>Canon Printer/Fax<br>HP Color Printer<br>Brother Color Printer<br>Metal Filing Cabinet (5)<br>Sentry Safe<br>Folding Table (4)<br>Fellowes Binder<br>Amazon Shredder<br>Desk Chair<br>Chairs (18)<br>Table (6) | 11 U.S.C. § 522(d)(6):  Implements, professional books, or tools, of the trade of debtor or a dependent of the debtor. | $1,195.00 | $1,195.00 |
| Various used machinery:<br>Kubota Tractor w/back hoe and front loader $25,000<br>6 Trailers $24,000<br>Submersible pumps $2800<br>Trash pump $300<br>Chainsaw $149<br>Drill $38<br>Generator $450<br>Riding Mower $322<br>Push Mower $72<br>Weed Whacker $42<br>Shovel (2) $20<br> $20 | 11 U.S.C. § 522(d)(5):  Any property (Wild Card). | $0.00 | $53,193.00 |
|  |  | **$31,330.00** | **$311,679.96** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

IN RE:   **Magar Edward Magar**                                  CASE NO   **15-41415**

                                                                  CHAPTER   **13**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| 11 U.S.C. § 522(d)(1) | $0.00 | $0.00 | $0.00 | $0.00 | $22,975.00 | $22,975.00 | $212,752.00 |
| 11 U.S.C. § 522(d)(2) | $0.00 | $0.00 | $0.00 | $0.00 | $3,675.00 | $3,675.00 | $17,563.00 |
| 11 U.S.C. § 522(d)(3) | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| 11 U.S.C. § 522(d)(4) | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 | $60.00 | $60.00 |
| 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 | $0.00 | $0.00 | $1,225.00 | $1,225.00 | $95,472.96 |
| 11 U.S.C. § 522(d)(6) | $0.00 | $0.00 | $0.00 | $0.00 | $1,195.00 | $1,195.00 | $1,195.00 |
| 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

In re **Magar Edward Magar**                                                    Case No. **15-41415**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bank of America**<br>**PO Box 15220**<br>**Wilmington, DE 19850-5220** | | - | DATE INCURRED: **2008**<br>NATURE OF LIEN:<br>**Vehicle loan**<br>COLLATERAL:<br>**2008 Hyundai Tuscon**<br>REMARKS:<br><br>VALUE: **$17,063.00** | | | | **$12,232.23** | |
| ACCT #:<br><br>**Columbia County Tax Department**<br>**230 Strand Street**<br>**Saint Helens, OR 97051** | | - | DATE INCURRED: **1/2011**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Mobile Home Park**<br>REMARKS:<br><br>VALUE: **$1,242,000.00** | | | | **$48,957.56** | |
| ACCT #:<br><br>**Multnomah County, Assessment & Taxat**<br>**501 SE Hawthorne Blvd, ste 175**<br>**Portland, OR 97214** | | - | DATE INCURRED: **1/2011**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Residence**<br>REMARKS:<br>**Property Taxes for 1015 NW 16th Ave.**<br><br>VALUE: **$566,860.00** | | | | **$36,521.94** | |
| ACCT #:<br><br>**Multnomah County, Assessment & Taxat**<br>**501 SE Hawthorne Blvd, ste 175**<br>**Portland, OR 97204** | | - | DATE INCURRED: **1/2011**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$1,344,310.00** | | | | **$47,173.50** | |
| | | | Subtotal (Total of this Page) > | | | | **$144,885.23** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**1**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Magar Edward Magar**                    Case No. <u>**15-41415**</u>

                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Multnomah County, Assessment & Taxat**<br>**501 SE Hawthorne Blvd, ste 175**<br>**Portland, OR 97204** | | - | DATE INCURRED: **1/2011**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Vacant Lot**<br>REMARKS:<br>**1015 NW 16th Street, POrtland, OR**<br><br>VALUE: **$268,680.00** | | | | **$10,766.10** | |
| ACCT #:<br><br>**Ocwen Loan Servicing**<br>**PO Box 6440**<br>**Carol Stream, IL 60197-6440** | | - | DATE INCURRED: **1/31/2006**<br>NATURE OF LIEN:<br>**First Mortgage or Deed of Trust**<br>COLLATERAL:<br>**Loney Mobile Home Park**<br>REMARKS:<br>**Moscow Idaho**<br><br>VALUE: **$343,500.00** | | | | **$149,848.92** | |
| ACCT #:<br><br>**Ocwen Loan Servicing**<br>**PO Box 6440**<br>**Carol Stream, IL 60197-6440** | | - | DATE INCURRED: **1/31/2006**<br>NATURE OF LIEN:<br>**First Mortgage or Deed of Trust**<br>COLLATERAL:<br>**Syringa Mobile Home Park**<br>REMARKS:<br>**Moscow Idaho**<br><br>VALUE: **$1,003,650.00** | | | | **$690,619.29** | |
| ACCT #:<br><br>**Seterus**<br>**PO Box 2008**<br>**Grand Rapids, MI 49501-2008** | | - | DATE INCURRED: **7/19/2007**<br>NATURE OF LIEN:<br>**First Mortgage or Deed of Trust**<br>COLLATERAL:<br>**Residence**<br>REMARKS:<br><br>VALUE: **$212,752.00** | | | | **$187,841.00** | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$1,039,075.31** | **$0.00** |
| Total (Use only on last page) > | **$1,183,960.54** | **$0.00** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Magar Edward Magar**                                    Case No.    **15-41415**

                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

In re **Magar Edward Magar**                              Case No. **15-41415**
                                                         (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Idaho State Tax Commission**<br>**PO Box 36**<br>**Boise, ID 83722-0410** | | - | DATE INCURRED: **Unknown**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Precautionary** | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Oregon Dept. of Revenue**<br>**PO Box 14725**<br>**Salem, OR 97309** | | - | DATE INCURRED: **Unknown**<br>CONSIDERATION:<br>**State Income Taxes**<br>REMARKS:<br>**Precautionary** | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $0.00 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $0.00 |

In re  **Magar Edward Magar**                      Case No.  **15-41415**

                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank of America**<br>**PO Box 15220**<br>**Wilmington, DE 19850-5220** | | - | DATE INCURRED: **revolving**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,741.52** |
| ACCT #:<br>**City of Moscow**<br>**PO Box 9203**<br>**Moscow, ID 83843** | | - | DATE INCURRED: **1/1/15**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$1,109.60** |
| ACCT #:<br>**David Bricklin**<br>**1001 Fourth Ave, Ste 3303**<br>**Seattle, WA 98154** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Department of the Treasury**<br>**1500 Pennsylvania Avenue, NW**<br>**Washington, D.C. 20220** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | X | | | **Unknown** |
| ACCT #:<br>**Environmental Protection Agency**<br>**c/o Idaho Conservation League**<br>**c/o Rick Eichstaedt, Center for Justice**<br>**35 W. Main, Suite 300**<br>**Spokane, WA 99201** | | - | DATE INCURRED: **2/13/15**<br>CONSIDERATION:<br>**Civil Penalty**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**Greg Rauch**<br>**Magyar, Rauch & Thie PLLC**<br>**326 E 6th St**<br>**Moscow, ID 83843** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| | | | Subtotal > | | | | **$102,851.12** |

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____**2**_____continuation sheets attached

In re  **Magar Edward Magar**                                        Case No.  **15-41415**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Precautionary filing**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**IRS Special Proceedures**<br>**915 Second Avenue**<br>**Stop 240**<br>**Seattle, Washington 98174** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Precautionary filing**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Maureen E. Laflin, Supervising Atty**<br>**University of Idaho Legal Aid Clinic**<br>**875 Perimeter Dr MS 2322**<br>**Moscow, ID 83844-2322** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Portland General Electric**<br>**PO Box 4438**<br>**Portland, OR 97208?4438** | | - | DATE INCURRED:  **10/2014**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$1,358.71** |
| ACCT #:<br>**Portland Water Bureau**<br>**PO Box 4216**<br>**Portland, OR 97208?4216** | | - | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$9,290.80** |
| ACCT #:<br>**Reilly Accounting**<br>**2301 Stout Rd**<br>**Uniontown, WA 99179** | | - | DATE INCURRED:  **Unknown**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached to                    Subtotal >                | **$10,649.51** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Total >
                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Magar Edward Magar**　　　　　　　Case No.  **15-41415**
　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Rick Eichstaedtl**<br>**Atty, Center for Justice**<br>**35 West Main, Ste 300**<br>**Spokane, WA 99201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Scott Kamin**<br>**c/o Martin, Bischoff, Templeton, Langsle**<br>**900 Pioneer Tower**<br>**888 SW 5th Avenue**<br>**Portland, Oregon 97204** | | - | DATE INCURRED: **Unknown**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**State of Idaho**<br>**c/o Andrea Courtney, Deputy Attorney Gen**<br>**Idaho Dept of Environmental Quality**<br>**1410 N. Hilton, 2nd Floor**<br>**Boise, ID 83706** | | - | DATE INCURRED: **12/2014**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$2,000.00** |
| **Representing:**<br>**State of Idaho** | | | **Michael Camin**<br>**Dept of Environmental Quality**<br>**Lewiston Regional Office**<br>**1118 F Street**<br>**Lewiston, ID 83501** | | | | **Notice Only** |
| ACCT #:<br>**Strom Electric Inc**<br>**PO Box 370**<br>**Troy, ID 83871-0370** | | - | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,215.02** |
| ACCT #:<br>**US Department of Education**<br>**PO Box 530260**<br>**Atlanta, GA 30353-0260** | X | - | DATE INCURRED: **10/2/2010**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$27,623.61** |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >　**$31,838.63**

Total >　**$145,339.26**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Magar Edward Magar**　　　　　　　　　　　　　　　Case No. ___**15-41415**_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Saul Colindres Hernandez**<br>1610 NW Marshall, Apt#2<br>Portland, OR 97209 | 24 Month lease agreement for property located at 1610 NW Marshall.  Starting 1/1/2015 and ending on 12/31/2016.  Contract to be ASSUMED |
| **T-MOBILE USA, INC.**<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 53410<br>BELLEVUE, WA 98015-53410 | 2 year cellular phone contract.<br>Contract to be ASSUMED |

In re  **Magar Edward Magar**                                    Case No.  __15-41415_____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shelley Magar**<br>George Town, Cayman Islands | **US Department of Education**<br>PO Box 530260<br>Atlanta, GA 30353-0260 |

**Fill in this information to identify your case:**

Debtor 1          **Magar**          **Edward**          **Magar**
                  First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name         Last Name

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF WASHINGTON**

Case number          **15-41415**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

|                         | Debtor 1                    | Debtor 2 or non-filing spouse |
|-------------------------|-----------------------------|-------------------------------|
| **Employment status**   | ☐ Employed  ☑ Not employed  | ☐ Employed  ☐ Not employed    |
| **Occupation**          |                             |                               |
| **Employer's name**     |                             |                               |
| **Employer's address**  | Number  Street              | Number  Street                |
|                         | City         State  Zip Code | City        State  Zip Code  |
| **How long employed there?** |                        |                               |

## Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|     |                                                                                                                                                 |     | For Debtor 1 | For Debtor 2 or non-filing spouse |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------------|-----------------------------------|
| 2.  | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  | $0.00        |                                   |
| 3.  | Estimate and list monthly overtime pay.                                                                                                         | 3. + | $0.00       |                                   |
| 4.  | Calculate gross income. Add line 2 + line 3.                                                                                                    | 4.  | $0.00        |                                   |

|                                                                                          |       | For Debtor 1 | For Debtor 2 or non-filing spouse |
|------------------------------------------------------------------------------------------|-------|--------------|-----------------------------------|
| Copy line 4 here ........................................................ ➔              | 4.    | $0.00        |                                   |
| **5.** **List all payroll deductions:**                                                  |       |              |                                   |
| **5a.** **Tax, Medicare, and Social Security deductions**                                 | 5a.   | $0.00        |                                   |
| **5b.** **Mandatory contributions for retirement plans**                                  | 5b.   | $0.00        |                                   |
| **5c.** **Voluntary contributions for retirement plans**                                  | 5c.   | $0.00        |                                   |
| **5d.** **Required repayments of retirement fund loans**                                  | 5d.   | $0.00        |                                   |
| **5e.** **Insurance**                                                                     | 5e.   | $0.00        |                                   |
| **5f.** **Domestic support obligations**                                                  | 5f.   | $0.00        |                                   |
| **5g.** **Union dues**                                                                    | 5g.   | $0.00        |                                   |
| **5h.** **Other deductions.** Specify:                                                    | 5h. + | $0.00        |                                   |
| **6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   | 6.    | $0.00        |                                   |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.            | 7.    | $0.00        |                                   |
| **8.** **List all other income regularly received:**                                     |       |              |                                   |
| **8a.** **Net income from rental property and from operating a business, profession, or farm** | 8a.   | $7,377.94    |                                   |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |       |              |                                   |
| **8b.** **Interest and dividends**                                                        | 8b.   | $0.00        |                                   |
| **8c.** **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c.   | $0.00        |                                   |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |       |              |                                   |
| **8d.** **Unemployment compensation**                                                     | 8d.   | $0.00        |                                   |
| **8e.** **Social Security**                                                               | 8e.   | $758.10      |                                   |
| **8f.** **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f.   | $0.00        |                                   |
| **8g.** **Pension or retirement income**                                                  | 8g.   | $0.00        |                                   |
| **8h.** **Other monthly income.** Specify: **See continuation sheet**                     | 8h. + | $473.00      |                                   |
| **9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.         | 9.    | $8,609.04    |                                   |

**10.** **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| 10. | $8,609.04 | + | | = | $8,609.04 |
|-----|-----------|---|---|---|-----------|

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____        11.  +  $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.

| 12. | $8,609.04 |
|-----|-----------|

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**

☐ Yes. Explain:

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **8h.** **Other Monthly Income (details)** | | |
| parking lot rental income | $390.00 | |
| washer and dryers @ riverwood mhp | $83.00 | |
| Totals: | $473.00 | |

8a.  Attached Statement (Debtor 1)

### Rental income

**Gross Monthly Income:**                                                                              $29,382.16

| Expense | Category | Amount |
|---------|----------|--------|
| Auto and travel | Transportation | **$20.00** |
| insurance | Insurance | **$124.00** |
| repairs | Repairs and Maintenance | **$450.00** |
| inventory & supplies | Office Supplies | **$265.00** |
| utilities | Utilities | **$4,393.00** |
| payroll & payroll expenses | Payroll | **$4,650.50** |
| Loney MHP | Mortgage | **$1,292.92** |
| Syringa MHP | Mortgage | **$6,696.63** |
| property taxes | Taxes | **$2,612.17** |
| Legal and professional fees | Professional Fees | **$1,500.00** |

**Total Monthly Expenses**                                                                             $22,004.22

**Net Monthly Income:**                                                                                $7,377.94

Case 15-41415-MJH    Doc 12    Filed 04/13/15    Ent. 04/13/15 22:06:03    Pg. 23 of 37

| | | | |
|---|---|---|---|
| Debtor 1 | **Magar** | **Edward** | **Magar** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** | | |
| Case number (if known) | **15-41415** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **18** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4.      **$1,674.50**

   If not included in line 4:

   4a. Real estate taxes      4a. _____

   4b. Property, homeowner's, or renter's insurance      4b. _____

   4c. Home maintenance, repair, and upkeep expenses      4c. **$150.00**

   4d. Homeowner's association or condominium dues      4d. _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$209.56** |
| | 6b.   Water, sewer, garbage collection | 6b. | **$290.87** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services    **(See continuation sheet(s) for details)** | 6c. | **$627.19** |
| | 6d.   Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$200.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$60.00** |
| 11. | **Medical and dental expenses**    **(See continuation sheet(s) for details)** | 11. | **$527.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$100.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$30.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | |
| | 15b.   Health insurance | 15b. | **$308.26** |
| | 15c.   Vehicle insurance | 15c. | **$590.77** |
| | 15d.   Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | |
| | 17b.   Car payments for Vehicle 2 | 17b. | |
| | 17c.   Other. Specify: **Daughter's Student Loan** | 17c. | **$178.50** |
| | 17d.   Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.   Mortgages on other property | 20a. | |
| | 20b.   Real estate taxes | 20b. | |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.   Homeowner's association or condominium dues | 20e. | |

**21.  Other.**  Specify:  **Miscellaneous**                                                         21.    +_____ **$200.00**

**22.  Your monthly expenses.**    Add lines 4 through 21.                                            22.    |_____ **$5,196.65**|
     The result is your monthly expenses.

**23.  Calculate your monthly net income.**

     23a.  Copy line 12 (your combined monthly income) from Schedule I.                              23a.   _____ **$8,609.04**

     23b.  Copy your monthly expenses from line 22 above.                                            23b.  −_____ **$5,196.65**

     23c.  Subtract your monthly expenses from your monthly income.                                  23c.   |_____ **$3,412.39**|
          The result is your monthly net income.

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
     payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑  No.
     ☐  Yes.   Explain here:
              **None.**

**6c.** **Telephone, cell phone, Internet, satellite, and cable services (details):**

| | |
|---|---:|
| **Telephones** | **$376.25** |
| **Cable/internet/wireless** | **$250.94** |
| **Total:** | **$627.19** |

**11.** **Medical and dental (details):**

| | |
|---|---:|
| **Medicare** | **$159.00** |
| **Prescriptions** | **$55.00** |
| **Daughter's medical insurnce** | **$313.00** |
| **Total:** | **$527.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

In re  **Magar Edward Magar**

Case No.    **15-41415**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $4,981,752.00 | | |
| B - Personal Property | Yes | 5 | $98,927.96 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,183,960.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $145,339.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $8,609.04 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $5,196.65 |
| TOTAL | | 27 | $5,080,679.96 | $1,329,299.80 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

In re **Magar Edward Magar**                    Case No.    **15-41415**

                                                Chapter     **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **Magar Edward Magar**                           Case No.  **15-41415**

                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **29**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **4/13/2015**                              Signature   **/s/ Magar Edward Magar**
                                                             ***Magar Edward Magar***


Date _____        Signature _____

                                            [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In re:   **Magar Edward Magar**                                    Case No.   **15-41415** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$82,054.20** | **Debtor's YTD income from rentals** |
| **$330,000.00** | **2014 rental income** |
| **$330,000.00** | **2013 rental income** |

---

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,274.30** | **Debtor's YTD income from Social Security** |
| **$9,097.20** | **2014 Social Security income** |
| **$9,097.20** | **2013 Social Security income** |
| **$410,000.00** | **2014 income from sale of real property @ 1616 NW Northrup St Portland, OR 97209** |

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | 2/18/15, 3/16/15 | $1,674.50 | $188,116.65 |
| Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | 2/9/15, 1/23/15 | $1,674.50 | $188,116.65 |
| Ocwen Loan Servicing<br>PO Box 6440<br>Carol Stream, IL 60197-6440 | 1/23/15, 2/9/15 | $2,373.75 | $149,848.92 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In re:  **Magar Edward Magar**                                    Case No.  **15-41415** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **City of Moscow**<br>**PO Box 9203**<br>**Moscow, ID 83843** | **2/10/15, 3/19/15** | **$2,000.00** | **$1,109.60** |
| **Hudson's Garbage Service**<br>**PO Box 1002**<br>**Saint Helens, OR 97051-8002** | **1/28/15,**<br>**2/10/15, 3/25/15** | **$890.49** | |

---

None
☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Idaho Conservation League v. Magar**<br>**Case No. 3:12-cv-00337-CWD** | **Alleged Federal Clean Water Act violation** | **United States District Court, Coeur d'Alene, Idaho** | **?** |
| **Stacey, Page et al v. Magar**<br>**Case No. CV-2014-0000227** | **Tenant Grievance** | **Idaho Second Judicial District Court, Latah County, Idaho** | **Pending Trial** |
| **Idaho Dept of Environmental Quality v. Magar**<br>**Case No. CV-2014-0000121** | **IDEQ regulation violation** | **Idaho Second Judicial District Court, Latah County, Idaho** | **?** |

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In re: **Magar Edward Magar**                         Case No. **15-41415** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 6. Assignments and receiverships

None ☑
a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐
List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Shelley Magar** **Cayman Islands** | **daughter** | **throughout 2014** | **$14,000.00 cash** |

---

### 8. Losses

None ☑
List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices of Robert M. Gregg** **800 North Devine Road** **Vancouver, WA 98661** | **03/27/2015** | **$1,800.00** |

---

### 10. Other transfers

None ☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Maria and Dean Cloward** **PO Box 96805** **Portland, OR 97296** | **Jun 4, 2014** | **1616 NW Northrup St Portland, OR 97209** **$410,000.00** |
| **No relationship to debtor** | | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In re:  **Magar Edward Magar**                     Case No.    **15-41415** _____
                                                             (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

| | | |
|---|---|---|
| Magar E. Magar Revocable Trust dated the 13th day of February, 2015 | February 13, 2013 | Syringa MHP<br>4600 Robinson Park Road<br>Moscow ID 83843<br>FMV $1,003,650.00<br><br>Loney MHP<br>713 Brent Drive<br>Moscow. ID 83843<br><br>FMV $343,500.00 |

None ☑   b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑   If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In re:  **Magar Edward Magar**                                    Case No.   **15-41415**_____
                                                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☐  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Syringa Mobile Home Court 5600 Robinson Lake Road Moscow, ID 83843** | **United States Environmental Protection Agency (EPA)** | **2013** | **Federal Clean Water Act** |

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☐  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **Environmental Protection Agency c/o Idaho Conservation League c/o Rick Eichstaedt, Center for Justice 35 W. Main, Suite 300 Spokane, WA 99201** | **United States District Court for the District of Idaho Case 3:12CV00037** | **settlement negotiations pending** |
| **Idaho Dept of Environmental Quality 1410 N. Hilton Boise, ID 83706** | **Idaho Second Judicial District Court, Latah County, Idaho**<br><br>**Case No. CV-2014-0000121** | **Pending** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In re:  **Magar Edward Magar**                          Case No.  **15-41415** _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**18. Nature, location and name of business**

None ☑

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Creta Reilly**<br>**2301 Stout Rd**<br>**Uniontown, WA 99179** | **annually, 2011-current** |

---

None ☑

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

**20. Inventories**

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

In re:   **Magar Edward Magar**                                    Case No.   **15-41415** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑    b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

### 25. Pension Funds

None
☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **4/13/2015** _____          Signature   **/s/ Magar Edward Magar**
                                               of Debtor   ***Magar Edward Magar***

Date _____          Signature _____
                                               of Joint Debtor
                                               (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*